IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES T. SULLIVAN, etc., et al., | ) | |
|         Plaintiffs, | ) | No. 06 C 2464 |
| | ) | |
|         v. | ) | Judge David H. Coar |
| | ) | |
| GENERAL PLUMBING, INC., | ) | Magistrate Judge |
| an Illinois corporation, | ) | Maria Valdez |
|         Defendant. | ) | |

**<u>MOTION FOR ENTRY OF SUPPLEMENTAL JUDGMENT</u>**

NOW COME Plaintiffs, JAMES T. SULLIVAN, etc., et al., by their attorneys, DOUGLAS A. LINDSAY, JOHN W. LOSEMAN, LISA M. SIMIONI, and BRIAN T. BEDINGHAUS, with LEWIS, OVERBECK & FURMAN, LLP, of counsel, and, pursuant to the Order entered September 19, 2007, moves the Court to enter a Supplemental Judgment in favor of Plaintiffs and against Defendant, GENERAL PLUMBING, INC., in the amount of $19,162.12. In support hereof, Plaintiffs state:

    1.    On June 16, 2006, this Court entered a default judgment against the Defendant in the amount of $163,486.90.

    2.    On March 31, 2007, this Court denied the Defendant's Motion to Vacate.

    3.    On September 19, 2007, this Court granted Plaintiffs' Petition for Supplemental Judgment for Attorneys' Fees and Costs. *Order of September 19, 2007, Doc. No. 47*.

    4.    The September 19, 2007, order granting Plaintiffs' petition for supplemental judgment does not state a liquidated amount to be awarded, and a corresponding judgment order

has not been entered as a separate document.

5. Plaintiffs' petition requested attorneys' fees and costs in the amount of $19,162.12. *Plaintiff's Petition for Supplemental Judgment, p. 4*, Doc. 41.

6. A draft Supplemental Judgment Order is attached hereto as Exhibit A.

WHEREFORE, Plaintiffs, JAMES T. SULLIVAN, etc., et al., request the Court to enter a Supplemental Judgment in favor of Plaintiffs and against Defendant, GENERAL PLUMBING, INC., in the amount of $19,162.12, and to award such other and further relief in favor of Plaintiffs and against Defendant as the Court deems just.

> JAMES T. SULLIVAN, etc., et al., by their attorneys, DOUGLAS A. LINDSAY, JOHN W. LOSEMAN, LISA M. SIMIONI, and BRIAN T. BEDINGHAUS
>
> By:     s/ Brian Bedinghaus
>    Brian T. Bedinghaus
>    20 North Clark Street
>    Suite 3200
>    Chicago, IL 60602-5093
>    312.580.1269

Of Counsel:
LEWIS, OVERBECK & FURMAN, LLP
20 North Clark Street
Suite 3200
Chicago, IL 60602-5093
312.580.1200

CERTIFICATE OF SERVICE

      Brian T. Bedinghaus hereby certifies that service of the foregoing MOTION FOR ENTRY OF SUPPLEMENTAL JUDGMENT was effected upon the following person(s):

Ronald J. Kramer, Esq.
Colin M. Connor, Esq.
Seyfarth Shaw LLP
131 S. Dearborn Street
Suite 2400
Chicago, IL 60603-5577
rkramer@seyfarth.com
cconnor@seyfarth.com


through the CM/ECF system of the United States District Court for the Northern District of Illinois as a result of electronic filing made on this 25th day of January, 2008.


                                                s/ Brian T. Bedinghaus
                                                _____
                                                Brian T. Bedinghaus
                                                20 North Clark Street
                                                Suite 3200
                                                Chicago, Illinois 60602-5093